

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

September 23, 1971

Honorable James U. Cross
Executive Director
Parks and Wildlife Department
John H. Reagan Building
Austin, Texas 78701

Dear General Cross:

Opinion No. M-956

Re: Whether it is lawful for
any person to make use of
a dog or dogs in hunting
of or pursuing, or taking
deer in San Augustine County,
Texas, and related questions.

Your request for an opinion asked the following
questions:

"(1) Is it lawful for any person to make
use of a dog or dogs in hunting, of or pursuing,
or taking deer in San Augustine County, Texas?

"(2) Is it lawful for persons to use dogs
for the purpose of trailing wounded deer in San
Augustine County?"

Senate Bill 1025, Acts of the 62nd Legislature, Regular
Session, 1971, Chapter 543, Page 1855, passed the Legislature May
24, 1971. It amends Article 880, Vernon's Penal Code, to read as
follows:

"Section 1. It is hereby declared unlawful
for any person or persons to make use of a dog or
dogs in the hunting of or pursuing or taking of
any deer. Any person or persons owning or controlling
any dog or dogs and who permits or allows such dog
or dogs to run, trail, or pursue any deer at any
time shall be deemed guilty of a misdemeanor, and
upon conviction shall be fined in any sum of not
less than Twenty-five Dollars ($25), and not more
than Two Hundred Dollars ($200); provided, however
that this article shall not apply to the Counties
of Brazoria, San Augustine, and Fort Bend. And,
provided further, that it shall be lawful to use

-4681-

dogs for the purpose of trailing a wounded deer
in the Counties of Concho, Jones, Zapata, and
Angelina.

"Sec. 2.  Nothing in this article affects
the provisions of the Uniform Wildlife Regulatory
Act."  /¯Article 978j-1, Vernon's Penal Code--not
applicable to San Augustine County_7

This Senate Bill also amends House Bill 435, Acts of
the 55th Legislature, Regular Session, 1957, Chapter 171, Page
366 and provides:

"Section 1.  It shall be unlawful for any
person to hunt, trap, ensnare, kill or attempt to
kill, by any means whatsoever, any wild deer, buck,
doe, or fawn in San Augustine County in the State
of Texas, except, however, that it shall be lawful
to hunt and kill wild buck deer in San Augustine
County between and including the Saturday nearest
November 15 and the first Sunday in January; except
that if the first Sunday in January occurs after
January 4, the last day of the open season is
January 1."

House Bill 860, Acts of the 54th Legislature, Regular
Session, 1955, Chapter 440 provides:

"It shall be unlawful for any person to make
use of a dog or dogs in the hunting or of pursuing
or taking of any deer in San Augustine County.
Any person owning or controlling any dog who per-
mits or allows such dog to run, trail, or pursue
any deer at any time shall be deemed guilty of a
misdemeanor, and upon conviction shall be fined
in any sum of not less than Twenty-five Dollars
($25) nor more than Two Hundred Dollars ($200)."

Said Act also provides:

"It shall be unlawful for any person to hunt,
trap, ensnare, kill or attempt to kill, by any
means whatsoever, any wild deer, buck, doe or
fawn in San Augustine and Sabine Counties in
the State of Texas, provided, and except however,

that it shall be lawful to hunt and kill any
wild buck deer in said Counties between
November 16th and December 31st, both dates
inclusive, of each year."

Senate Bill 1025 being the latest Act relating to
hunting deer in San Augustine County will control over the pro-
visions of House Bill 860, Acts of the 54th Legislature. Ex
parte De Jesus De La O, 227 S.W.2d 212, (Tex.Crim. 1950).

In this connection it is noted that the caption to Senate
Bill 1025 reads, in part, as follows:

"An Act relating to allowing hunting with
dogs in San Augustine County; extending the open
season for the taking of deer in San Augustine
County; . . ."

You are therefore advised that it is lawful for any
person to make use of a dog or dogs in the hunting of or pursuing
or taking of any deer in San Augustine County during the open
season provided in Senate Bill 1025. Likewise it is lawful for
persons to use dogs for the purpose of trailing wounded deer in
San Augustine County during the open season provided in Senate
Bill 1025.

S U M M A R Y

It is lawful for any person to make use of
a dog or dogs in the hunting of or pursuing or
taking of any deer in San Augustine County during
the open season provided in Senate Bill 1025,
Acts of the 62nd Legislature, Regular Session,
1971, Chapter 543, Page 1855. Likewise it is
lawful for persons to use dogs for the purpose
of trailing wounded deer in San Augustine County
during the open season provided in Senate Bill
1025.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Bart Boling
Gordon Cass
Austin Bray
J. C. Davis

SAM McDANIEL
Acting Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant